**Harold G. WILMARTH and Glenna Maxine Wilmarth, Respondents,**

v.

**Charles Douglas PARK and Susan Beth Park, Appellants.**

**No. WD 33924.**

Missouri Court of Appeals, Western District.

Aug. 9, 1983.

Thomas E. Cheatham, Warrensburg, for appellants.

Kelso Journey, Clinton, for respondents.

Before SOMERVILLE, P.J., TURNAGE, C.J., and MANFORD, J.

### ORDER

PER CURIAM:

This is a direct appeal from a judgment entered upon an action to interpret a real estate contract.

Judgment affirmed. Rule 84.16(b).